UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LAWRENCE R. WRIGHT                                CIVIL ACTION NO. 14-3209-P

VERSUS                                            JUDGE S. MAURICE HICKS, JR.

JEFF ALLDAY, ET AL.                               MAG. JUDGE KAREN L. HAYES

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the stay is **LIFTED**.

**IT IS FURTHER ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** pursuant to Fed.R.Civ.P. 41(b).

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 21st day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE